UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23628-HUCK

BRANDON WEITZ, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

GENTING NEW YORK LLC, d/b/a RESORTS WORLD BIMINI,

    Defendant.

_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court upon Plaintiff, Brandon Weitz's Notice of Dismissal With Prejudice [ECF No. 5], filed on November 13, 2023. The Court having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**. All pending motions are thus **DENIED AS MOOT.** The clerk is directed to **CLOSE** this case.

2. All claims of unnamed members of the alleged class are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, on November 14, 2023.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record